1  BRUCE D. GOLDSTEIN, State Bar No. 135970
   County Counsel
2  JOSHUA A. MYERS, State Bar No. 250988
   Deputy County Counsel
3  ANNE L. KECK, State Bar No.136315
   Deputy County Counsel
4  County of Sonoma
   575 Administration Drive, Room 105A
5  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
6  Facsimile: (707) 565-2624
   E-mail: joshua.myers@sonoma-county.org
7

8  Attorneys for Defendants
   Sonoma County Defendants
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12  ARTERMIS HERRERA ROJAS,                   No. CV 11-01358-EMC

13           Plaintiff,
                                              **STIPULATION TO EXTEND TIME TO
14      v.                                    RESPOND TO THE COMPLAINT**

15  SONOMA COUNTY, a municipal corporation;   ORDER
    SONOMA COUNTY SHERIFF'S DEPARTMENT,
16  a municipal corporation; STEVE FREITAS in his
    official capacity as SHERIFF for COUNTY OF
17  SONOMA; DEPUTY SHERIFF CLARK (first name
    unknown), DOES 1-100, inclusive; individually and
18  in their capacities as SHERIFFS for SONOMA
    COUNTY,
19
             Defendants.
20                                                     /

21       Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate and agree to extend the time

22  in which all defendants may file a response to the Complaint for Damages for Violation of Civil

23  Rights filed by Plaintiff Artermis Herrera Rojas (hereinafter, "Plaintiff") on March 21, 2011, as

24  follows:

25       1.   County Counsel on behalf of Defendants Sonoma County, Sonoma County Sheriff's

26  Department, Steve Freitas, in his official capacity as Sheriff of the County of Sonoma, Deputy

27  Sheriff Clark (hereinafter "Sonoma County Defendants"), has requested Plaintiff to consent to an

28  extension of time to file a response to the Complaint.

1      2.    Plaintiff consents to an extension of time for Sonoma County Defendants to file a
2  response to the Complaint through and including July 28, 2011.
3      Accordingly, the time in which to file a response to the Complaint in this matter is extended
4  through and including July 28, 2011.
5      IT IS SO STIPULATED.

                                                  Bruce D. Goldstein, County Counsel

Dated: July 1, 2011                              By:   /s/ Joshua A. Myers
                                                                Joshua A. Myers
                                                                Deputy County Counsel
                                                                Attorneys for Sonoma County Defendants

                                                LAW OFFICES OF JOHN L. BURRIS

Dated: July 1, 2011                              By:   /s/ Benjamin Nisenbaum
                                                                 Benjamin Nisenbaum
                                                                Attorneys for Plaintiff

**ELECTRONIC CASE FILING ATTESTATION**

I, Joshua A. Myers, am the ECF User whose identification and password are being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** on behalf of Plaintiff and the identified Sonoma County Defendants pursuant to Civil Local Rule 7-11.  In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: July 1, 2011

By: /s/ Joshua A. Myers
Joshua A. Myers
Deputy County Counsel

IT IS SO ORDERED:

IT IS SO ORDERED
Judge Edward M. Chen

_____
Edward M. Chen
U.S. District Judge