JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTERMIS HERRERA ROJAS,<br><br>              Plaintiff,<br><br>       vs.<br><br>SONOMA COUNTY,  a municipal corporation; SONOMA COUNTY SHERIFF'S DEPARTMENT, a municipal corporation; STEVE FREITAS, in his capacity as SHERIFF for the COUNTY OF SONOMA; DEPUTY SHERIFF CLARK (first name unknown), DOES 1-100, inclusive; individually and in their capacities as SHERIFF'S for COUNTY OF SONOMA,<br><br>              Defendants.<br>                                                              / | Case No. C11-01358-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date: September 16, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Floor<br><br>Honorable Edward M. Chen |

## STIPULATION

WHEREFORE Defendants filed a motion to dismiss this action to be heard on September 9, 2011.

WHEREFORE Plaintiffs filed a motion for an extension of time to file an opposition to Defendants Motion to Dismiss.

The parties hereby stipulate that Plaintiffs shall file the opposition to Defendants motion to dismiss no later than August 25, 2011. Defendants reply shall be filed no later September 2, 2011.

1   The parties further stipulate to continue the hearing date on Defendants Motion to Dismiss to
2   September 16, 2011, at 1:30 p.m., subject to the Court's availability.
3
4   IT IS SO STIPULATED.
5
6   Dated: August 24, 2011                                    **THE LAW OFFICES OF JOHN L. BURRIS**
7
8
9                                                             /s/ Benjamin Nisenbaum
                                                              Benjamin Nisenbaum
10                                                            Attorney for Plaintiffs
11
12  Dated: August 24, 2011                                    **SONOMA COUNTY COUNSEL**
13
14
15                                                            /s/ Joshua Myers
                                                              Joshua Myers
16                                                            Attorney for Defendants
17
18                                           **ORDER**
19
     The hearing date on Defendants' Motion to Dismiss is hereby continued to __Mon 9/19__, 2011
20
    at __1:30pm__.  Plaintiff shall file his Opposition to Defendants' Motion to Dismiss no later than
21
    August 25, 2011. Defendants Reply shall be filed no later than September 1, 2011. The CMC set for
22
       **IT IS SO ORDERED.**         9/9/11 is also reset to 9/19/11 at 1:30 p.m. A joint CMC statement
23                                   shall be filed by 9/12/11.
24            8/24/11
    DATED:_____           _____
25                                    HONORABLE EDWARD M. CHEN
                                      UNITED STATES DISTRICT JUDGE
26
                                      *IT IS SO ORDERED AS MODIFIED*
27                                    *Judge Edward M. Chen*
28

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS    2
Case No. CV-01358 EMC