**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROJAS

No. C-11-01358-EMC (DMR)

       Plaintiff,

**ORDER VACATING SETTLEMENT CONFERENCE**

  v.

SONOMA COUNTY ET AL

       Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT at in light of information provided by Plaintiff's counsel regarding Plaintiff's unavailability, the settlement conference before Magistrate Judge Donna M. Ryu set for **January 13, 2012** has been taken off calendar. The settlement conference will be rescheduled following Judge Chen's ruling on the parties' request for a continuance. [Docket No. 29.]

Dated: January 12, 2012

IT IS SO ORDERED

Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge