UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROJAS                                           No. C-11-01358-EMC (DMR)

       Plaintiff,                     **ORDER VACATING SETTLEMENT CONFERENCE**

      v.

SONOMA COUNTY ET AL

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       YOU ARE NOTIFIED THAT at in light of information provided by Plaintiff's counsel regarding Plaintiff's unavailability, the settlement conference before Magistrate Judge Donna M. Ryu set for **January 13, 2012** has been taken off calendar. The settlement conference will be rescheduled following Judge Chen's ruling on the parties' request for a continuance. [Docket No. 29.]

Dated: January 12, 2012

                                                                  _____
                                                                  DONNA M. RYU
                                                                  United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*