John L. Burris, Esq., SBN 69888
Benjamin Nisenbaum, ESQ. SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.burris@johnburrislaw.com
Bnisenbaum@hotmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTERMIS HERRERA ROJAS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SONOMA COUNTY, a municipal corporation; DEPUTY SHERIFF CLARK (first name unknown), individually; DOES 1-100, inclusive; individually,<br><br>                    Defendants. | Case No. 11-cv-01358  EMC (DMR)<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE ADR**<br> ORDER |

**STIPULATION**

1.     WHEREAS, the Court ordered the parties to complete ADR before the upcoming Further Case Management Conference on January 20, 2012;

2.     WHEREAS, a Settlement Conference before Magistrate Judge Donna M. Ryu was set for January 13, 2012, and the parties have timely submitted their Settlement Conference documents for the January 13, 2012 Settlement Conference;

3.     WHEREAS, Plaintiff was prepared to appear at the January 13, 2012 Settlement Conference;

1

4. WHEREAS, Plaintiff was arrested on unrelated bench warrants on January 9, 2012 in Sonoma County;

5. WHEREAS, Plaintiff is unable to make bail on said bench warrants, and will be unable to appear at the January 13, 2012 Settlement Conference;

6. WHEREAS, Plaintiff's counsel has contacted Magistrate Judge Ryu's chambers, notifying Magistrate Judge Ryu's courtroom clerk of Plaintiff's involuntary unavailability;

7. The parties respectfully request that the Court grant an additional 60 days to complete ADR, allowing the Settlement Conference before Magistrate Judge Ryu to be continued to a date Plaintiff will be able to attend the Settlement Conference;

8. The parties also respectfully request that the Further Case Management Conference currently set for January 20, 2012, be continued an additional 60 days, to allow the parties to complete ADR by the time of the Further Case Management Conference.

**IT IS SO STIPULATED.**

                                                  **LAW OFFICES OF JOHN L. BURRIS**

Dated: January 10, 2012                 /s/ *Benjamin Nisenbaum*
                                                  Benjamin Nisenbaum
                                                  Attorney for Plaintiff

                                                  **BRUCE D. GOLDSTEIN,**
                                                  **County Counsel**

Dated: January 10, 2012                 /s/ *Joshua A. Meyers*
                                                  Joshua A. Myers
                                                  Attorney for Defendants

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, the parties are granted an additional 60 days to complete ADR. (by 3/19/12) The Settlement Conference shall be completed by March 20, 2012. The Further Case Management Conference is hereby continued to __3/30__, 2012 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: __1/12/12__

HON. ____ CHEN
UNITED STATES ____ JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3