John L. Burris, Esq., SBN 69888
Benjamin Nisenbaum, ESQ. SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.burris@johnburrislaw.com
Bnisenbaum@hotmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTERMIS HERRERA ROJAS,<br><br>          Plaintiff,<br><br>  vs.<br><br>SONOMA COUNTY, a municipal corporation; DEPUTY SHERIFF CLARK (first name unknown), individually; DOES 1-100, inclusive; individually,<br><br>          Defendants.<br>_____/ | Case No. 11-cv-01358 YGR<br><br>**NOTICE OF DISMISSAL** AND ORDER |

      PURSUANT TO SETTLEMENT AGREEMENT, Plaintiff hereby dismisses the instant action with prejudice pursuant to FRCP 41(a) (1), each side to bear their own fees and costs.

Dated:  April 23, 2012                                      **LAW OFFICES OF JOHN L. BURRIS**

                                                                         */s/ Benjamin Nisenbaum*
                                                                         Benjamin Nisenbaum
                                                                         Attorney for Plaintiff

**ORDER**

The above-noted action is hereby dismissed with prejudice, each side to their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE