John L. Burris, Esq., SBN 69888
Benjamin Nisenbaum, ESQ. SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.burris@johnburrislaw.com
Bnisenbaum@hotmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTERMIS HERRERA ROJAS, | Case No. 11-cv-01358 YGR |
| Plaintiff, | **NOTICE OF DISMISSAL** AND ORDER |
| vs. | |
| SONOMA COUNTY, a municipal corporation; DEPUTY SHERIFF CLARK (first name unknown), individually; DOES 1-100, inclusive; individually, | |
| Defendants. / | |

PURSUANT TO SETTLEMENT AGREEMENT, Plaintiff hereby dismisses the instant action with prejudice pursuant to FRCP 41(a) (1), each side to bear their own fees and costs.

Dated:  April 23, 2012                                                **LAW OFFICES OF JOHN L. BURRIS**


                                                                                   */s/ Benjamin Nisenbaum*
                                                                                   Benjamin Nisenbaum
                                                                                   Attorney for Plaintiff

NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE

# ORDER

The above-noted action is hereby dismissed with prejudice, each side to their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE